IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

THOMAS J. KURUC,

    Plaintiff,

  v.

Case No. 17-cv-946-jdp

JOHN LITSCHER, RANDALL HEPP,
CRIS KRUEGER, JOHN
MAGGIONCALDA,
GREG PHAL, CANDICE WHITMAN,
DR. LARSEN and JOHN DOE 1-10,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | July 16, 2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |